**No. 42525.**—Protest 874846–G of Butler Bros. (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel and on the authority of *Woolworth* v. *United States* (26 C. C. P. A. 221, C. A. D. 20) the paperweights in question were held dutiable at 50 percent under paragraph 339 as claimed.

**No. 42526.**—Protest 887028–G of S. Lisk & Bros. (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel and on the authority of *Woolworth* v. *United States* (26 C. C. P. A. 211, C. A. D. 20) the paperweights in question were held dutiable at 45 percent under paragraph 339 as claimed.

**No. 42527.**—Protest 722004–G of Bullocks, Inc. (Los Angeles).

Opinion by DALLINGER, J. In accordance with stipulation of counsel and on the authority of Abstracts 28987 and 29956 the brass powder jars in question were held dutiable at 40 percent under paragraph 339 as claimed.

**No. 42528.**—Protest 641583–G of Bullocks, Inc. (Los Angeles).

Opinion by DALLINGER, J. It was stipulated that the merchandise consists of bookends, candlesticks, black boxes, trays, corks, bottle sets, perfume bottles, cotton containers, and table calendars. The claim at 40 percent under paragraph 339 was therefore sustained. Abstracts 35485, 35484, 29993, 34756, 35483, 34829, 34755, 30314, and 34748 cited.

**No. 42529.**—Protests 659639–G, etc., of Frank Samuels & Co., Inc. (Boston).

Opinion by DALLINGER, J. It was agreed that the spiegeleisen in question is similar to that involved in Abstract 42037. The claim at 75 cents per ton under paragraph 301 was therefore sustained.

**No. 42530.**—Protests 696943–G, etc., of Phinney Walker & Co., Inc. (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel the watch movements in question were held dutiable at $2.25 each under paragraph 367 (a) (1) and (a) (5).